# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 OCT 16  PM 4: 52

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No.  '15 - CV - 02307

(To be supplied by the court)

AZFAR JADOON ANWAR _____, Plaintiff,

v.

CYNTHIA COFFMAN _____,

PATRICK T. MURPHY HON. CHIEF _____,

ROBERT S. DOYLE HON. _____,

ASHLEY WEINER DISTRICT ATTORNEY _____,

SUZANNE FREDRICKSON _____,

LEWIS T. BABCOCK HON. SENIOR _____,

MARCIA KRIEGER HON. CHIEF _____,

GORDON P. GALLAGHER HON. _____, Defendant(s).

(List each named defendant on a separate line.)  VIEW ATTACHMENT

---

## COMPLAINT

---

(Rev. 07/06)

## ATTACHMENT

DEFENDANT(S) CONTINUED.

AZFAR JADOON ANWAR

V.

MOHAMMAD ABDALLAH

JEFFREY P. COLWELL

## PARTIES

1. Plaintiff _AZFAR JADOON ANWAR_ is a citizen of _PAKISTAN_
   who presently resides at the following address:
   _8237 CONIFER DENVER COLORADO 80221_

2. Defendant _CYNTHIA COFFMAN_ is a citizen of _UNITED STATES_
   who live(s) at or is/are located at the following address:
   _1300 BROADWAY ST. 10TH DENVER COLORADO 80203_

3. Defendant _PATRICK T. MURPHY HON_ is a citizen of _UNITED STATES_
   who live(s) at or is/are located at the following address:
   _1100 JUDICIAL CENTER DRIVE BRIGHTON COLORADO 80601_
   (Attach a separate page, if necessary, to list additional parties.) _PARTIES CONTINUED_

## JURISDICTION

11. ~~4.~~ Jurisdiction is asserted pursuant to following statutory authorities:
   FREEDOM OF RELIGION

12. ~~5.~~ Briefly state the background of your case:

PLAINTIFF IS RASTAFARIA AND IS DISCRIMINATED BY ALL DEFENDANT(S), AGAINST 14TH/5TH AMENDMENT BY AND UNDER DUE CLAUSE REQUIRED RESULTING IN VOID FOR VAGUENESS, AND IS SO BY FREEDOM OF SPEECH VIOLATION(S) PRECURSOR(S), AGAINST "1 U.S.C. § 106" WHICH IS READILY KNOWN WITHIN COMMON LAW CASE LAW FOR ESTABLISHING EQUAL GROUND(S) FOR PRINTED BILLS AND JOINT RESOLUTION(S), OF ANY TYPE WITHIN THE FEDERAL FORUM(S) OF UNITED STATES COURT, BY NEW YORK, ONTO GEORGIA, AND FLORIDA. PLAINTIFF IS KNOWN TO ALL DEFENDANT(S) AS LONG-TIME RESIDENT OF GENIUS READING CAPABILITY AND IS SO PER UNKNOWN SEQUENCE OF UNITED STATES MILITARY GENERAL(S) WHOM IS AND ARE ACTING ILLEGALLY UNDER DEPARTMENT-CONTRACT WHICH IS REPRESENTED AS "CON" PER ETOMY OF CRIMINAL DEPICTION EXISITING, AND IS AGAINST FREEDOM(S) WHICH ARE FOREMOST PER UNITED STATES COUNTRY-AGREEMENT FOR RIGHT(S) BY RESIDI, ABODE, AND DWELLING, TO EXIST(S) AND ENABLE DEFENDANT(S), TO NOW UNDER SUCH, USE PLAINTIFF FOR ILLEGAL GAIN BY UNLAWFUL COMPINTUITY, AS RESULTED PER BREACH OF "LEGAL NOTE: SECURITY AGREEMENT" EVENT(S) EXISTING, OF "COMBINING" SELF-MANUFACTURED CRIMINAL HISTORY RECORD(S) OF THEIR OWN, "INTO", ALL COLORADO BUREAU OF INVESTIGATION DATA(S), NOW UTILIZED PARTIAL.

2

(Rev. 07/06)

## PARTIES CONTINUED

**DEFENDANT**

4. ~~Plaintiff~~ ROBERT S. DOYLE HON. is a citizen of UNITED STATES
who presently resides at the following address:
1100 JUDICIAL CENTER DRIVE BRIGHTON COLORADO 80601

5. ~~2.~~ Defendant ASHLEY WEINER DISTRICT ATTORNEY is a citizen of UNITED STATES
who live(s) at or is/are located at the following address:

6. ~~3.~~ 1100 JUDICIAL CENTER DRIVE BRIGHTON COLORADO 80601
Defendant SUZANNE FREDRICKSON is a citizen of UNITED STATES
who live(s) at or is/are located at the following address:
1100 JUDICIAL CENTER DRIVE BRIGHTON Colorado 80601
~~(Attach a separate page, if necessary, to list additional parties.)~~

## ~~JURISDICTION~~

7. ~~4. Jurisdiction is asserted pursuant to following statutory authorities:~~
DEFENDANT LEWIS T. BABCOCK HON. IS A CITIZEN OF UNITED STATES
WHO LIVE(S) AT OR IS/ARE LOCATED AT THE FOLLOWING
ADDRESS: 901 19TH STREET DENVER COLORADO 80294

8. ~~5. Briefly state the background of your case:~~
DEFENDANT MARCIA KRIEGER HON. IS A CITIZEN OF UNITED STATES
WHO LIVE(S) AT OR IS/ARE LOCATED AT THE FOLLOWING
ADDRESS: 901 19TH STREET DENVER COLORADO 80294

9. DEFENDANT MOHAMMAD ABDALLAH IS A CITIZEN OF
UNKNOWN WHO LIVES AT OR IS/ARE LOCATED AT
THE FOLLOWING ADDRESS: UNKNOWN WILL
ATTEMPT TO OBTAIN FOR AMEND.

10. DEFENDANT JEFFREY P. COLWELL IS A CITIZEN OF UNITED
STATES WHO LIVES AT OR IS/ARE LOCATED AT THE FOLLOWING
ADDRESS: 901 19TH STREET DENVER COLORADO 80294

(Rev. 07/06)                    2.5

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

13.

6. PLAINTIFF IS HARMED IN THE MONTH OF OCTOBER (10), ON DAY OF FIFTEENTH (15TH), IN YEAR TWO THOUSAND FIFTEEN (2015), PER DURING PERIOD(S) OF HEREIN ILLEGAL CASE ACTIVITY RESULTING FROM ADAMS COUNTY COURT CASE NO. 2015-CV-140 BEING ACCEPTED FOR EVICTION, TO NOW FURTHER DISABLE PLAINTIFF BY HOMELESSNESS-INDIGENCY ALONGSIDE NON-NATURAL SYNTHETIC MEDICATION(S), WHILE UNDER NARROW DEFINITION(S) OF REVISED STATUTES, AND IS DISFUNCTIONALLY HELD FOR LAW HEARING, IN NOW PERIOD(S) OF LAW ABSCONDING, WHICH IS NOW RESULTED AS ASSISTED BY ALL DEFENDANT(S), AS NOW MUTUAL CAUSE OF HARM BY TIME LAW VIOLATION(S) AND ITS OFFENDER(S), NOW WITH AND FOR FREDERICK MICHAEL GOODBEE HONORABLE WHOM IS IN UNITED STATES COURT OF APPEALS CASE NO. 15-1382 NOW ALONGSIDE DEFENDANT GORDON P. GALLAGHER HONORABLE, WHOM WITHIN HIS DOCUMENT IS DIRECTLY ADMITTING HIS PRIOR OFFENSES OF FALSE CASE PROCEDURE OF REQUIRING DEFAMATORY COMMON LAW CASE LAW REFERENCE(S), THAT ARE AGAINST ANY TYPE AGENCY CUSTOMER AGREEMENT UNDER JOB DUTY AS ALL DEFENDANT(S) ARE PUBLIC LAW OFFICIAL AND AGAINST UNITED STATES LAW(S), TO COMPLY WITH HIGHER COURT AS IF PLAINTIFF IS AGAINST UNITED STATES, PER DEFENDANTS PREVIOUS ORDER(S) TO CURE DEFICIENCIES, WHEN ALL COMMON LAW CASE LAW REFERENCED IS NOT APPLICABLE TO JUSTICE BEING SERVED IMMEDIATELY WITHOUT OBSTRUCTION TO UNITED STATES LAW(S). EVIDENCE WHICH IS BASIC AND WHICH IS EASILY DEFINED AS AN ILLEGAL ACTIVITY ALONGSIDE AND BESIDE CODE OF FEDERAL REGULATION(S), UNITED STATES CODE, UNITED STATES CODE ANNOTATED, AND UNITED STATES CODE SERVICE LAW(S), IS NIMRODED AND REFUSED FOR COURT TRIAL DATE. IMPEACHMENT BY RULE 609 OF UNITED STATES CODE IS APPLICABLE AND ENFORCEABLE, DUE TO CONDITION(S) OF BACKGROUND IN PARAGRAPH NO. "5.", YET DUTY OF CANDOR UNDER PROFESSIONAL CONDUCT OR RESPONSIBILITY IS IGNORED IN STATE AND FEDERAL LAW REPRESENTATION(S). DISTRICT ATTORNEY IS NOW VIOLATING PER ACCEPTING JUDGE CRIMINAL HISTORY RECORD(S) OF PLAINTIFF FINGERPRINT AND LEGAL NAME.

14.

7. CLAIM NOW PIVOTING POINT OF CONSIDERATION IS THAT PLAINTIFF TELEPHONE "PERMISSION(S)", TO DEFENDANT(S) NOW HONORABLE FOUND HEREIN AFTER PLAINTIFF IN ANY CASE, IN AFFORDING SUCH IMPARTIAL-INTENDED DEFENDANT(S) TO NOW NOT BE HELD LIABLE BY PLAINTIFF FOR AN AUTOMATED "FULL PARTICIPATION" IS ONLY FOR PLAINTIFF PERCEIVED CONNECTION OR ATTACHMENT TO SUCH DATA(S) WHICH IS SEEMINGLY RETURNED PER ENTERING "NAME ONLY OF PLAINTIFF", WHICH IS LATER FOUND BY PLAINTIFF AS NOT THE DUTY OR DUTY OF THOSE SUBSCRIBED TO F.B.I. CHANNELING PER ITS REQUIREMENT, AND APART FROM ANY ASSOCIATED TO OR REPRESENTED FOR AGENCY/AGENCIES/INDIVIDUAL(S) ACTION(S) OF SUCH

3

(Rev. 07/06)

MANDATORY SUBSCRIPTION(S), AS NOW OF DEFENDANT GORDON P.GALLAGHER OWN AND OF ROBERT S. DOYLE HONORABLE OWN AND OTHER DEFENDANT(S), PER ANY ASSIGNMENT(S) FOR SUCH, IT IS NOT MERELY TO ENTER A NAME FOR DATA BUT TO CONTRIBUTE ALONGSIDE FALSE DATA OF FBI/NCIC STATUS WHICH IS EXISTING APART FROM PLAINTIFFS CHALLENGE, PER REFUSAL OF DEFENDANT CYNTHIA COFFMAN TO ACT UNDER ASSOCIATED GROUND(S) WITH OTHER STATE DISSMENATION(S) AS SHE IS "CONTRACTED-CAPABLE UNDER A JOINT-OWNERSHIP OF PLAINTIFFS CHALLENGE-INFORMATION CAPABLE OF BEING CONSTRUED YET REFUSED" WHICH ARE NOW ACT(S) CONNECTED TO VIOLATION(S) OF CONSTITUTION FOR CIVIL RIGHT(S) "TO BE" AFFORDED TO PLAINTIFF AS WHITE, AND NOT REFUSED AS A NEWLY FREED SLAVE WHOM MAY ONLY POSSESS "OTHER INSTRUMENT" OF PROMISSORY NOTE FOR A SHORT PERIOD BASED ON NEW BUSINESS WITHOUT PREVIOUS YEAR MERGER(S), AS IT IS NOT ACCURATELY AGAINST PLAINTIFF WITHOUT SUCH CONSIDERATION AS HE IS VALID AND UPHELD LEGAL-LONG-TERM INVESTMENT-OWNER WHOSE ASSET(S) ARE NOT TYPICAL ACCOUNTING STATUTES OF LIMITATION BY ORIGINAL-LOAN, PER PLAINTIFFS INVESTMENT IS NOT ORIGINALLY A LOAN TO QUALIFY TO BE EXCERPTED, AND IS NOW STANDING DEPOSITED FOR FIFTEEN (15) YEAR(S), AND NOT PAID OR BREACHED FOR APPROXIMATELY EIGHT (8) YEAR(S), WHICH IS NOW THE OCCURRENCE ONTO PLAINTIFF BY RACE DISCRIMINATION AND COLOR DISCRIMINATION UNDER CREED/RELIGION DISCRIMINATION, AGAINST PLAINTIFFS NON-CONGENITAL MENTAL/PHYSICAL ATTRIBUTE(S) NOW EXISTING, AS SPIRITUAL CLEANLINESS AND PHYSICAL CLEANLINESS, BY DEFENDANT(S) NOT ACCEPTING PLAINTIFF REFUSAL FOR SYNTHETIC MEDICATION. ALL DEFENDANT(S) ARE CONTRIBUTOR(S) OF DISCLOSURE AGAINST PLAINTIFF IN CASE NO. 15-CV-01847.

15. ALLEGATION IS THAT LONG-TERM EMOTIONAL ANGST AND PAIN EXISTS ONTO DEFENDANT GORDON P. GALLAGHER HONORABLE AND OTHER NOW APPLICABLE DEFENDANT(S), DUE TO HIS/HER MISCONTRUED INTENTION OF EXPLETIVE WORD SLAVERY ASSOCIATED, NOW FOLLOWING AS WARNING HEREIN, IS USED BY PLAINTIFF DURING NOW DEFENDANT(S) ILLEGAL-USE OF RECORDED ELECTRONIC INFORMATION(S) WHICH IS IN NOW VIOLATION OF E-GOVERNMENT ACT OF 2002 AND NOW INADMISSABLE, YET NOT DEFINED RIGHTFULLY TO COLORADO BUREAU OF INVESTIGATIONS OR TO ASSIGNED PARTIES OF OWN, AND AS SUCH IS NOW MADE COVER-UP AND DISGUISE OF AS DISCRETION AND ATTEMPTED ENACTING OF SECURITY AGREEMENT PROTECTIONS. IT IS AGAINST DUTY OF CANDOR AS IT IS NOT REPORTED BY SUCH OPTION, WHILE IT IS COMPLETELY WITHIN MAJORITY OF ALL TIME IN HISTORY OF AMERICA ITS USEFUL AND BENEFICIAL AS NOW FOCUS IS PLACED ONTO DICTIONARY LEGAL DEFINITON, FOR NOW EXPLETIVE WORD NIGGER, IT IS BEING USED AS SUCH LEGALITY BY PLAINTIFF WHOM IS THE MATERNAL CHILD OF DISTRICT ATTORNEY OF PUNJAB SAMUEL AZIM ANWAR, AND IS ONLY USED AND AS SELF-SONIC LIMBIC REGULATION DURING NOW "DEFENDANT(S) OWN" ATTEMPTS AND OCCURENCES OF "FEDERAL BUREAU OF INNVESTIGATION (F.B.I.)

4

CHANNELER HARASSMENT-LURING" RESULTING INTO HARASSMENT-
BACKLASHES WHICH ARE ALLOWED TO PLAINTIFF AND NOW VIOLATED BY
DEFENDANT(S) UNDER "C.R.S. 18-9-111 (D)", AND AS IT IS A VASTLY UNKNOWN
TOPIC OF UNITED STATES INTENDED-BENEFIT TO USE SUCH WORDS FOR GAIN
DUE TO CONGENITAL DISORDER(S) EXISTING UNRESOLVED OR ASSISTED, NOW
DEFENDANT(S) ALONGSIDE GORDON P. GALLAGHER "IS AND ARE" FOUND AS
BEING GENTICALLY RELATED TO SLAVERY AS HE/SHE ARE PART AFRICAN GENE
OF DIRECT DESCENT TO SUCH ERA OF EMANCIPATION PROCLAMATION, AND BY
SUCH IT IS THUS RESULTING MUTUALLY KNOWN AS TIED AND BINDING TO
HIS/HER HISTORY BY WILL IF NOT DIRECTLY WRITTEN TO DEFENDANT(S) AS IT
MAY OCCUR THROUGH OTHERS WHOM ARE BEING UNRIGHTFULLY SUPPORTED,
SECRETLY AS "TRADE SECRET MONOPOLIZATION, BY ENTERING DEFENDANT(S)
LEGAL INDUSTRY SOCIETAL VALUE(S) CONSIDERATION UNRIGHTFULLY
AGAINST PLAINTIFF-AS-DEFENDANT" NOW VIOLATING "15 U.S.C.S. § 2" IF SO
FOUND ANALYZED IN CREDIT APPLICATION(S) TIED TO DEFENDANT(S)
DIRECTLY OR INDIRECTLY BY ITS ACCEPTANCE, AND PLAN TO, AND OR PLAN TO
CONSIDER, THAT SUCH NOW RIGHTFUL ERA OF SLAVERY "CONSIDERATION(S)"
UNDER CONDITION(S) OF UNITED-STATES-EXISTENCE AND ITS FINANCIAL
AGREEMENT TO OBTAIN SHIPS TO LAND IN AMERICA AND EMPLOY IN AMERICA,
AND TO "LATER" RESULT AS SLAVERY VIOLENT CONDITION(S) AS IT
NATURALLY MAY OCCUR CRIMINAL FROM ANY ASPECT, IS IGNORED, PER ITS
"CONTRACTUAL-CRIMINAL-NATURE" AS DEPICTED ABOVE PRIOR HEREIN OF
"MUTALITY-FOR-ELEMENT" THAT WATER AND HUMANS ARE MUTUAL AS
HUMANS ARE NINETY-EIGHT AND TWO-TENTHS PERCENT (98.2%) WATER, AND
AS IT IS OCCURRING AGAINST AGREEMENT-BASIS DUE TO LICENSING FOR
GROWTH-ASSESSMENT REQUIRED IN DEBT-MANAGEMENT, IT IS NOW PER A
"MUTUALITY IN AND FOR PHYSICAL ELEMENT PUNISHMENT-FOCUS FOR LACK
OF SUCH DEBT PAYMENT NOW BEING ALLOWED ASSIGNABLE", THAT IT IS
WRONG AND PENDING CIVIL RIGHT(S) AS ONE EXAMPLE OF MUTUALITY, AND
SUCH AS IN  CASE NO. 15-1382 IT IS ONLY BY TWENTIETH CENTURY REFUSAL FOR
ASSIGNMENT, AND BY DEFENDANT(S) ANALOGICAL THINKING A DIRECT
SLAVERY-ERA ATTITUDE THAT SUCH INTEGRATION(S) ARE FOR RECOVERY OF
COTTON INCOME AND PRODUCT, AND NOT WHAT IS ACCURATE, TRUE AND
NORMAL TO NOW RIGHTFULLY ALLOW RECOVERY OF PLAINTIFFS
INVESTMENT(S) RESULTED, PER THE TIME IS OF GROWTH WHICH IS MATCHING
NEEDS ALONGSIDE CIVIL RIGHT(S) ONLY OF WHITES AND WHICH IS AFFORDED
YET REFUSED, AND PER THAT IT IS OF ANALOGICAL RESULT FROM ALL
EUROPEAN COUNTRIES PAIN THAT PLAINTIFF IS NOW SUFFERING WITHOUT
PROOF OF LETTER-OF-CREDIT BEING ALLOWED TO PRESENT ITSELF WITH TIME
PERMIS, IT IS PER AN OWNERSHIP OF GREATER SOCIETAL VALUE OF PLAINTIFFS
BEING SIMILAR TO ENGLAND AND THEIR OWNERSHIP(S) OF THE SHIP DESIGN(S)
AND BLUEPRINT(S) AND ITS RESULTING INTERNATIONAL TRADEMARK(S), AS IT
IS EXISTING "FREE FROM VIOLENCE" PER UNITED STATES CAPABILITY OF BEING
"FREE FROM DEBT", THUS HEREINAFTER ITS EMPLOYEES-OR-SLAVES WILL BE
"FREE FROM SLAVERY", AS LICENSING OR EMPLOYMENT IS PROTECTED, WHILE

(Rev. 07/06)

"NOT BY FORCE OR BY FORCE" ONTO THOSE CONTRACTED AS CRIMINAL, IT IS
NOW FIGURATIVELY KNOWN AS "CHAIN-GANG TYPE" CRIMINAL(S) WHOM ARE
CONNECTED OR NOT CONNECTED AGAINST PLAINTIFF WHOM IS RIGHTFULLY
TRADE-SECRET, AND AS MANY ANALOGICAL KINGS AND QUEENS OF AFRICA
CAN VERIFY NONE OF THEIR OWN ARE ENSLAVED OR QUALIFIED FOR SUCH
NOW GAINFUL TREATMENT "IF SO ACCURATE" AND DEPOSITED INTO THEIR
ACCOUNT(S), IT IS ONLY PER AN EXTREME LACK OF FOOD AND OR LACK OF
EMPLOYMENT OR OTHER GAIN TO ACQUIRE FOOD ALONGSIDE A
DEVELOPMENTAL DISABILITY OR CONGENITAL DEFECIT OR DEFECT SIMILAR-
CONDITION OF THE SLAVES, COMBINED, THAT IT IS CAUSE OF ACTION OR
REASON AN AFRICAN WILL GO WITH A WEAKER WHITE PERSON, OR BE TAKEN
DUE TO NEW LAND OWNERSHIP OR RIGHTFUL AND GAINING ASSIGNMENT, AS
CRIMINAL(S) EXIST WITHIN EACH SLAVE, AND WHILE COLORADO COURT(S) OF
YEAR TWO THOUSAND FIFTEEN (2015) ARE NOT INCAPABLE OF PAYING FOR
LICENSING OF TRADEMARKS FOR NOW RESERVED COURT PROCEDURE(S), SUCH
AS THE KINGS AND QUEENS OF AFRICA ARE NOT INCAPABLE OF PAYING FOR
COUNTRYMAN(S) FOOD, BY INCURRING DEBT, AND OR TRANSFERRING
OWNERSHIP(S), RESPONSIBILITY TO PROVIDE HEALTH LAW TO PLAINTIFF
ALONGSIDE FREEDOM OF RELIGION IS BEHAVIORALLY NOT CAPABLE, TO NOW
GIVE ITSELF AS A COURT COMPLETELY, AS IT DEMANDS FOR SUCH, SO THAT ITS
PATRONS MAY NO LONGER SUFFER FROM "THE" INJUSTICE AND INJUSTICE OF
NOW SIMILAR LACK OF FREEDOM(S) TO OBTAIN FORESIGHT FOR OTHER(S)
EXPERIMENTATION IN LAW, OR DIRECT CRIMINAL-BACKLASH CLAIM IN CIVIL
ACTION UNDER LEGAL POSITIVISM, WHICH IS ALLOWED AND INTENDED BY ALL
LAW HEREIN ABOVE TO EXPOSE HARASSMENT ONTO PLAINTIFF IF SO
UNRIGHTFUL FOR HIS HARASSMENT-BACKLASH, WHICH IS NOW PLAINTIFFS
RIGHTFUL-HARASSMENT-BACKLASH ONTO HIM PER ORDER(S) TO CURE
DEFICIENCIES AND OTHER ORDER(S) UNKNOWN TO PLAINTIFF UNDER NOW
VIOLATION(S), WHICH IS NOW BEING CONSIDERED ANALOGICALLY TIED TO
RACE AND COLOR AND CREED/RELIGION BASED, WHICH IS ONLY SEEMINGLY
ALLOWED AS SUCH, AS IF AN APPLICABLE AFRICAN WHOM CAN LIVE CENTURY
AND DECADES DIRECTLY-ATTACHED IS EXISTING AND BEING PROTECTED, SUCH
AS NOW DEFENDANT GORDON P. GALLAGHER HONORABLE HOPES THAT HE IS
PROTECTED YET ZERO LITIGATION IS FILED FOR HIS RIGHT(S) SO RELEVANT
AND HIGHER THAN PLAINTIFF NOW AND PLAINTIFF-AS-DEFENDANT HIMSELF IN
OTHER CASE(S), PER IT IS THOSE HUMANS WHOM ARE HEREINAFTER ENSLAVED
BY ERA CRIMINAL JUSTICE FORCE, MISTAKENLY AND NOT SO CORRECT SUCH
AS PLAINTIFF WHOM IS NOT FOR FBI/NCIC RECORD AS IT IS FOUND NOW, AT ALL
CONSIDERATION(S) OR OF ALL CONSIDERATION(S), AND BY LOCATING "THE"
GOOD SLAVE OR GOOD-SLAVE, WITH SUCH NOW CRIMINAL-BACKLASH IN
HARASSMENT LAW AFFORDANCES WHOM ARE CARRYING OUT ACT(S) OF HARM
ONTO PLAINTIFF FOR UNKNOWN MASTER OR NOW GENERAL(S) OF DEPARTMENT
OF DEFENSE, IT WILL BE HEREINAFTER DISCOVERED PER SUBPOENA AND MADE
DELAY OF TIME TO ADDRESS PLAINTIFF, OR REFUSED TIME TO ATTEMPT
REDRESS, AS PLAINTIFF NOW CLAIM BY ALLEGATION IS THAT IT IS OCCURRING

(Rev. 07/06)

PER LACK OF EDUCATION IN LAW AND ITS RESULTING SLIDING SCALE OF EDUCATION IN LAW FINDING(S) AND INTERPRETATION(S) FOR WHAT IS "DIS" OR DISCLOSED, WHICH IS UNRIGHTFULLY KNOWN AS AGAINST GROUND OF VERSUS APPLICABILITY WHICH IS A BASIS OF CLOSURE FOR CERTAINTY IN DECISION AND FAIRNESS, AND NOT FOR ORDER RESULT PER ANY DISCLOSURE "IS" ONLY A TORT CONTRIBUTION ASSET TO COURT RELATIVE TO EVIDENCE WHICH IS FOREMOST AND FIRST, AND TORT-LAW IS ALSO BEING MISCONSTRUED AS IT "IS" ONLY FOR ESTABLISHING RELIEF AFTER "PRE" IS DEFINED AND ALLOWED ITS PONDERANCE UNDER PREPONDERANCE BY EXAMINING EVIDENCE WHICH IS NOT ENTERED AS NOW VOID FOR VAGUENESS, ALONGSIDE TORT-LAW APPLICATION(S) OF SOCIETAL VALUE(S) ATTACHING AND DEFINING CRIMINAL ACTOR(S) ALONGSIDE THEIR PERSONS AND PERSONALITIES BEING USED ALTERNATIVELY, IN RELIEF AND ORDER DIRECTLY-ATTACHED "UNRIGHTFULLY" PER A GRADUATION FROM INFORMATION DATA PROVIDED TO TORT(S) AND AS TORT(S) IN DISCLOSURE(S), AND EXISTING DISCLOSURE(S).

16.
9.       SECOND ALLEGATION IS THAT UPON PRINTED BILL JOINT RESOLUTION, REFUSAL, "IS" SIMILAR OR WILL RESULT INTO BEING ANALOGICALLY TAKEN AWAY WITHOUT NOTICE INTO A SLAVERY, AS PLAINTIFF IS BY UNITED STATES POSTAL SERVICE AND UNITED STATES INTERSTATE CARRIER OF TELEPHONE AND EMAIL OR OTHER MEASURE(S) COVERED, UNDER ACCESSIBILITES AND FACILITIES NOW REFUSED, AS NON-DISCRIMINATION VIOLATION(S) OF "ANY FORM SUBMISSION TO JUDGE" CODE OF FEDERAL REGULATIONS "28 § 39.149" ARE EXISTING, WITH DISEASE OF COMPUTER AS VIRUS, NOW RESULTING AS ALLEGATION OF MENTAL DISEASE OF PLAINTIFF WHOM IS NOT FOR APPLICABILITY DUE TO TRADE SECRET AS HUMAN-TRADE-SECRET ELIGIBILITY WILL NOT BE DISPUTED WITH SOCIETAL VALUE(S) EVIDENCE OF SELF-HISTORY AND SELF-CAPABILITY, WHILE IF SO AFFORDED BY COURT-LICENSING TO NOW DISCONTINUE CASE OPPORTUNITY FOR ALL HEREIN DEFENDANT(S) NOW UNRIGHTFULLY DEMANDING PLAINTIFF UNDER PERFORMANCES OF LAW DUTIES OF ALL DEFENDANT(S) WHOM ARE AGENCY, AND WHOM ARE UNRIGHTFULLY-VERSUS-PLAINTIFF, UNDER LEGAL-MALPRACTICE, AND WHOM ARE NOT FOR OR BY SUPPORT BY PLAINTIFF. PLAINTIFF FINAL CLAIM BY ALLEGATION(S) ONTO DEFENDANT GORDON P. GALLAGHER IS THAT PLAINTIFF ACT UNDER "COLOR" OF FEDERAL AND UNITED STATES AGENCY OF MANY TYPE(S) PER PLAINTIFF BEING REGULATOR, IS OF LONG-TERM GRAVELY DISABLED OFFENSE TO DEFENDANT AND ALL DEFENDANT(S), WHOM ARE CONGENTIALLY DEFICITED AND DELAYED WITH OLDER AGE OR DEGENERATION NOW COMPELLING THE PRODUCTION OF TRANSFERRABLE CARE-GIVER(S) TO PRESENT THEMSELVES FOR PHYSICAL GENETIC-DAMAGED AREAS OF BRAIN MATTER WHICH ARE IN DIRECT PREGNANCY SPINAL-ALIGMENT TO GENETIC BIRTH MOTHER(S) BRAIN FOR IMPRESSIONISTIC DESIGN OF BRAIN NERVES ONTO UNBORN GROWING CHILD IN TERM, WHICH ARE TRANSFERRING AS SUCH CONDITION(S) BY ACCURATE SCIENCE, ALONGSIDE ANY DIRECT PRIOR GENETIC TRANSFER FROM EMBRYO AND SEMEN COMBINATION, AND WHOSE NOW

(Rev. 07/06)

REQUIRED PARENTAL CARE OR GUARDIANSHIP WILL EITHER REFLECT A GOOD OR FAIR MATURATION, OR DISEASED UPBRINGING FOR UNLAWFUL BEHAVIOR AND UNLAWFUL TREATMENT TO OCCUR ONTO THOSE PLAINTIFFS WHOM DO NOT SUFFER FOR DEFENDANT(S), FOR DISASSOCIATIVELY BRINGING PAIN ONTO THEM, WHICH IS THE BASIS OF NOW MATURATION ALLEGATION UNDER REGRESSION BESIDE VOCATIONAL CRIMINAL REVEAL, AND REFUSAL TO EXERCISE OR PROVIDE EXPLANATION FOR NOW UNKNOWN RESULTING HEART CONDITION(S) OR OTHER INTERFERENCES TO FIND SUCH MATURATION OF DEGENERATIVE CONDITION(S), WHICH MAY COVER-UP AND DISGUISE SUCH CAPABILITY TO REVEAL THESE CONDITION(S), AND WILL BE FOUND CORRELATING ALONGSIDE MEDICAL APPOINTMENT(S) OR PRESSURES FOR EXAMINATION TO MEDICATE AND RESOLVE CRIMINAL ISSUE(S).

17.
~~10.~~ PLAINTIFF IS VICTIM OF MEDICAL-MALPRACTICE UNDER LEGAL-MALPRACTICE IN NOW ALL PERIOD(S) OF NOW CONSIDERATION CORRELATING TO LETTER-OF-CREDIT, AS APPLICABLE, AND IT IS A MEDICAL-AVOIDANCE NOW PSYCHOLOGICALLY PROJECTED AND ALLEGED WHICH "IS" DUE TO PRE-MEDITATION TO GAIN, IN NOW UNRIGHTFUL EMPLOYMENT(S) WHICH ARE LONG-TERM MILITARY ASSIGNED AND NOT PROPER BY ACTUAL ACCEPTANCE, WHICH WILL ONLY FACILITATE ATTENTION TO SOCIETAL RESPONSIBILITY UNDER MILITARY SCRUTINY, YET PLAINTIFF IS DISABLED AND NOT REQUIRED UNDER TRADE SECRET ADDITIONALLY ALONGSIDE ZERO APPLICABILITY TO FBI/NCIC AND WHOM IS ALSO A CHEERFUL AND LEGAL POSITIVISM PARTICIPATING PARALEGAL STUDENT BEING UNRIGHTFULLY NIMRODED, AND WHOM IS BEING DEMANDED TO NOW  PROVIDE EMOTIONAL-SECURITY FOR OTHER(S) WHOM ARE NOT OF MATERIAL APPLICABILITY AS EVIDENCE OR BY EVIDENCE, AND WHILE OCCURRING AS BOTH "MUTUALLY" DEPICTED AND OR AS "STRANGER(S)" UNDER HEREIN TERM(S) PRIOR ABOVE BY ANALOGY, DEFENDANT(S) ARE NOW PERSON(S) INVITED WHOM WILL BE ADDED BY LATER AMEND TO COMPLAINT, FOR ADDITIONAL DATE(S) AND CAUSE(S) OF HARM, IN ACTING FOR FALSE-DISCLOSURE PARTICIPATION(S), UNLAWFULLY, WHILE DEFENDANT(S) DO NOT BELIEVE THAT WORD "DOCUMENT" AS LEGAL-WORD, WITHIN "LEGAL NOTE: SECURITY AGREEMENT", PLAINTIFFS QUASI CONTRACT STATEMENT FOR ANTI-PLAGIARISM, IS AN ACTUAL "CASE NO. ASSOCIATED DOCUMENT" PER LACK OF OWNED OR "GIVEN INFORMATION UNDER FAIR LEGAL NOTICE" NOT SUPPORTED BY PLAINTIFF TO AVOID OFFSET OF PLAINTIFFS INCOMES AND RIGHTS WHILE IN VERSUS, WHICH INDICATES IT IS NOT RIGHTFUL TO DEMAND SUCH ONTO PLAINTIFF, AND PER SUCH ALONGSIDE "LEGAL NOTE: SECURITY AGREEMENT AS A SEQUENCE CHRONLOGY BEGINNING OR STARTING ALL CASE CONTENT(S)" IT IS THUS INCLUDING ANY DOCUMENT ATTACHED PER ITS OWNERSHIP TOWARDS PARTIAL-PLAINTIFF, AND NOT IMPARTIAL-JUDGE, OR PARTIAL-DEFENDANT(S) FROM A ROLE IN COURT PERSPECTIVE CONSIDERATION, AND "WHOM DO NOT OWN THEIR NOW ACTIVE DEFENDANT CONTRIBUTION(S) APART FROM INTELLECTUAL PROPERTY THEFT" FOR CRIMINAL HISTORY RECORD(S), AS NOW "RIVALRY" IS OCCURRING, UNDER

8

UNITED STATES CODE LAW(S) YEAR NINETEEN HUNDRED EIGHTY-EIGHT, YEAR NINETEEN HUNDRED EIGHTY-NINE, AND YEAR NINETEEN HUNDRED NINETY (U.S.C. 1988, U.S.C. 1989, U.S.C. 1990) OF THREE SECTION UPDATE (§§§) 1921.1120.1101, FOUR SECTION UPDATE (§§§§) 1921.1120.1101, AND FIVE SECTION UPDATE (§§§§§) 1921.1120.1101, COMBINED, SUCH AS ADEEL IFROON ANWAR AND HEREIN DEFENDANT(S), WHOM ARE ALL NOW UNRIGHTFULLY PROTECTED WHILE "THE" RULINGS OF "THE" CIVIL RIGHT(S) LAW(S) FOR EQUAL ACCESS TO JUSTICE ACT OR EQUAL OPPORTUNITY FOR JUSTICE ACT, ARE SET ASIDE AND DO NOT ALLOW PRIVACY TO DISCONTINUE KNOWLEDGE OF LAW OWNED AND OPERATED BY SUMMARY REMAND CONDITION(S) INDEFINITELY EXISTING, AS DUE TO, AND THE LACK OF COSTS AND FEES EXISTING WHICH ARE DIRECT INDICATION OF JUDGE VIOLATION FOR DUE TO, UNDER INCORRECT OR SLOWER EDUCATED LAW OF DENVER UNIVERSITY OR COLORADO UNIVERSITY OR SIMILAR REGION, ALLOWING A FALSE PREPONDERANCE OF EVIDENCE TO OCCUR ONTO ITS STUDENTS THUS OFF-WEIGHTING THE LEGAL SCALE HELD BY OUR LADY JUSTICE, TO ZERO SOCIETAL VALUE AVAIL OR BASIS CONSIDERATION FOR CRIME(S) NOW FOUND COMMITTED BY PLAINTIFF, WHOM SIMPLY REQUIRES TIME, PER LAW(S).

18.
~~11.~~    PLAINTIFF IS FILING FOR PETITION FOR REHEARING OF EN BANC OR APART UPON ITS RESEARCH AND IS NOW SUBMITTING INFORMATION FOR TEMPORARY RESTRAINING ORDER AND MOTION RESTRAINING ORDER, TO ACCOMMODATE THAT LAW IS NOT HEARD, AS IT WILL BE JUDGED AND ORDERED IF IT IS SO CARRIED OUT. PLAINTIFF WILL FILE FOR MOTION TRANSFER WHICH IS NOT FOR HEREIN COURTS OF COLORADO DECISION BUT FOR THEIR COOPERATION ONLY. IT IS FOUND BY HISTORY ANALYSIS OF COURT DOCUMENT, NOW SCHEDULED FOR PRINTING AND LATER ATTACHMENT BY AMEND, THAT APART FROM UNEVEN MONIES EXISTING AND THE NEED AND DESIRE TO REFUSE MONETARY COMPENSATION DUE TO SUCH CRIMINAL VALUE(S), IT IS EXISTING RIGHTFULLY BY PLAINTIFF IN AND FOR RELIEF, TO NOW EMANATE FROM AN ACCOMMODATION OF AN EQUAL ACCESS TO JUSTICE ACT UNDER FREEDOM OF RELIGION TO REQUEST THAT PROFESSIONAL RESPONSIBILITY UNDER UNITED STATES DEPARTMENT OF JUSTICE BE ACQUIRED TO APPLY PROFESSIONAL CONDUCT AND ITS DUTY OF CANDOR FOR DECISION/ORDER MUTUALLY, AND NOT SOLELY FOR LESS CREDIT ONLY. PLAINTIFF CLAIM IS REQUEST(S) THAT MINIMALLY IF SO CAPABLE BY ANY CLAIM TAKEN AS MOTION, WHICH IS BASIS OF HEARING LAW, APART FROM MOTION WHICH IS A RUDE FORM OF ADDRESSING WHAT SHALL BE DONE APART FROM ITS NOTICE, THAT PRINTED BILL BE SUPPLIED INDICATING THAT PLAINTIFF IS WELL TO CONTINUE PLANNING AND PURCHASING FOR COLLEGE EDUCATION WHICH WILL BEGIN ON 10-26-2015 AND IS NOT CAPABLE WITH VIOLATION(S) OF MEDICATION INSIDE HIM, WHICH IS ILLEGAL, AND NOT YET PROVEN REQUIRED UNDER PROJECTION FOR DEMAND OF DEFENDANT(S) OWN MEDICATION(S) TO BE TAKEN, NOT YET SUBPOENA AND PROVEN, AS IT IS SCHEDULED AND WILL LATER OCCUR. PLAINTIFF REFERENCES TO MOTION TIME PER VIRUSES EXISTING TO AMEND.

9

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

19.
~~12.~~    PLAINTIFF IS GRANTED EDUCATIONAL RESPECT FOR ATTRIBUTES OF LAW
FINDING(S) AND INTERPRETATION(S) AND DEFENDANT(S) ARE ORDERED
DEMANDED TO PAY FOR AND PRODUCE PRINTED BILL WHICH INDICATES THAT
UNITED STATES COURT OF APPEALS IS RESPECTED, AND ZERO MENTAL HEALTH
APPOINTMENT IS SCHEDULED.

20
~~13.~~    ORDER DEMANDING CYNTIA COFFMAN ATTORNEY GENERAL TO CREATE
PRINTED BILL INDICATING PLAINTIFF IS NOT ABSENT CHALLENGE EVIDENCE,
AND THAT IT IS PROCESSED PER ITS INTERSTATE CONNECTION TO RIGHTFULLY
DO SO BY DISCLUDING PROSECUTION, UNDER ITS VIOLATING PURPOSE ONLY TO
PROSECUTE FOR DISSEMINATION/DISTRIBUTION AGAINST UNITED STATES LAW,
CYNTHIA COFFMAN IS NOW AGAINST UNITED STATES LAW PRIOR TO RECEVING
"LEGAL NOTE: SECURITY AGREEMENT", WHICH IS THUS NOT OFFENSIVE TO
PLAINTIFFS INTELLECTUAL PROPERTY, AS IT IS ONLY RELIEVING UNRIGHTFUL
PROSECUTION OF PLAINTIFF, AND IF SO CONNECTED TO PERFORM SUCH
VIOLATION(S) ANY RESOLVE BY DISTRIBUTION IS NOT AGAINST SECURITY, AND
TO FOLLOW COMMANDS OF F.B.I. THROUGH ANY AND ALL CONNECTING
AVENUE(S) ALREADY UTILIZED AND DELETE FALSE DATA IS THE OBJECTIVE IN
COMPLIANCE.

21.
~~14.~~    ORDER DEMANDING PLAINTIFF WILL BE ALLOWED LATER ANTI-TRUST ACT
VIOLATION(S) LITIGATION PER ALL HEREIN.


LEGAL NOTE:
Security Agreement. This document is not for research and is intended for the addressed party
only. Individual(s) or other Entities other than the addressed party in possession of this document
with or without consent will be prosecuted, under 42 USCS § 1983, and not to exclude any
member(s) of mutual partnership, law enforcement(s), or all other(s) contracted to monitor
communication of and to the intended party in actual or alleged violation(s) of United States
Law(s), ALL RIGHTS RESERVED, DECLARATORY DECREE, 2015.

(Rev. 07/06)

Date: _10-16-2015_

_____
(Plaintiff's Original Signature)

_8237 CONIFER  B_
_____
(Street Address)

_DENVER  COLORADO  80231_
_____
(City, State, ZIP)

_720-261-4574_
_____
(Telephone Number)

11

(Rev. 07/06)