IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02307-CMA

AZFAR JADOON ANWAR,

    Plaintiff,

v.

CYNTHIA COFFMAN,
HON. CHIEF PATRICK T. MURPHY,
HON. ROBERT S. DOYLE,
DISTRICT ATTORNEY ASHLEY WEINER,
SUZANNE FREDRICKSON,
HON. SENIOR LEWIS T. BABCOCK,
HON. CHIEF MARCIA KRIEGER, and
HON. GORDON P. GALLAGHER,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Christine M. Arguello, District Judge, on January 5, 2016, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 5 day of January, 2016.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ Jennifer Hawkins
                      Deputy Clerk